IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SELENA R BALLARD,

    Plaintiff,

v.    Case No.  5:22-cv-00330-MTT-CHW

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## J U D G M E N T

Pursuant to this Court's Order dated February 13, 2024, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 14th day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk